Law Off. of Ronald D. Weiss, P.C. v Piltan (2025 NY Slip Op 04641)

Law Off. of Ronald D. Weiss, P.C. v Piltan

2025 NY Slip Op 04641

Decided on August 13, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 13, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
ROBERT J. MILLER
HELEN VOUTSINAS
PHILLIP HOM, JJ.

2023-04223
 (Index No. 611813/21)

[*1]Law Office of Ronald D. Weiss, P.C., respondent,
v
Robert Babak Piltan, etc., appellant, et al., defendants.

The Nimkoff Firm PLLC, Syosset, NY (Ronald A. Nimkoff of counsel), for appellant.
Law Office of Ronald D. Weiss, P.C., Melville, NY, respondent pro se.

DECISION & ORDER
In an action, inter alia, to recover damages for breach of contract, the defendant Robert Babak Piltan appeals from an order of the Supreme Court, Suffolk County (Kathy G. Bergmann, J.), dated March 3, 2023. The order denied that defendant's motion for leave to renew his opposition to that branch of the plaintiff's motion which was for summary judgment on the first cause of action, to recover damages for breach of contract, asserted against that defendant, which had been granted in an order of the same court dated November 1, 2022.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order dated March 3, 2023, must be dismissed because the right of direct appeal therefrom terminated with the entry of the judgment in the action (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review on the related appeal from the judgment (see CPLR 5501[a][1]; Law Office of Ronald D. Weiss, P.C. v Piltan, _____ AD3d _____ [Appellate Division Docket No. 2024-02347; decided herewith]).
CONNOLLY, J.P., MILLER, VOUTSINAS and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court